*18-000198233*

**EXHIBIT**
**Composite A**

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

| | |
|---|---|
| 1111 ROOFTOP, LLC DBA JUVIA | CASE #: 2018-025920 CA 01 |
| | COURT: ELEVENTH JUDICAL CIRCUIT COURT |
| PLAINTIFF(S) | COUNTY: MIAMI-DADE |
| | DFS-SOP #: 18-000198233 |
| VS. | |
| GREENWICH INSURANCE COMPANY | |
| DEFENDANT(S) | |

**RECEIVED**
By Barbara A. Brown at 8:57 am, Aug 21, 2018

SUMMONS, COMPLAINT, DISCOVERY, NOTICE OF COMPLIANCE

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Monday, August 20, 2018 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, August 21, 2018 to the designated agent for the named entity as shown below.

GREENWICH INSURANCE COMPANY
TONI ANN PERKINS
70 SEAVIEW AVE
STAMFORD, CT 06902

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

DONNA LOHR CHRIST
OFFICE MANAGER
MCLUSKEY, MCDONALD & HUGHES, P.A.
8821 S.W. 69TH COURT
THE BARRISTER BUILDING
MIAMI, FL 33156

CF1

RECEIVED AS STATUTORY REGISTERED AGENT on 20 August, 2018 and served on defendant or named party on 21 August, 2018 by the Florida Department of Financial Services

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 2018-025920 CA 01

1111 ROOFTOP, LLC DBA JUVIA,

    Plaintiff,

v.

GREENWICH INSURANCE COMPANY,

    Defendant.

_____/

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of Said State:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint, Notice of Service of Interrogatories, Request for Production and Notice of Compliance on Defendant:

    **Please serve:**    **GREENWICH INSURANCE COMPANY**

    **By Serving:**    **Florida Chief Financial Officer**
                                **200 East Gaines Street**
                                **Tallahassee, FL   32399-4201**

Pursuant to Florida Statute § 48.151(1).

Civil Action Summons

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, to wit: **John W. McLuskey, Esquire, 8821 S.W. 69th Court, Miami, FL 33156,** within **twenty (20) days** after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**John W. McLuskey, Esquire**
Florida Bar No: 331171
McLuskey, McDonald & Hughes, P.A.
Attorneys for Plaintiffs
The Barrister Building
8821 S.W. 69th Court
Miami, FL 33156
305-670-2020 Telephone
305-662-6164 Facsimile

DATED ____8/3/2018_____.

          Harvey Ruvin
          As Clerk of Said Court

By:_____ 32429
          As Deputy Clerk

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 2018-025920 CA 01

1111 ROOFTOP, LLC DBA JUVIA,

    Plaintiff,

v.

GREENWICH INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff, 111 ROOFTOP, LLC DBA JUVIA ("Juvia"), by and through undersigned counsel, hereby files this Complaint against Defendant, GREENWICH INSURANCE COMPANY ("Greenwich"), and alleges as follows:

1. This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest, attorneys' fees and costs.

2. At all times material hereto, Plaintiff Juvia was an entity in Miami-Dade County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, Defendant Greenwich was a corporation licensed to and conducting business in the state of Florida, including Miami-Dade County.

4. Venue is proper in Miami-Dade County, Florida.

*Complaint and Request for Jury Trial*

## FACTUAL BACKGROUND

5. The parties entered into an insurance contract, bearing Policy Number PHK-0950613-00, Claim Number 005621-000585-RB-01 that was in full force and effect at the time of the subject date of loss. Greenwich is in possession of a full and complete copy of the subject policy.

6. At all times material hereto, the above-referenced policy of insurance provided coverage for property damage for the property owned/operated by Plaintiff Juvia and listed in the Property Coverage Schedule, including endorsements thereto, to wit: 1111 Lincoln Road, Miami Beach, Florida 33139.

7. On or about September 29, 2016, Plaintiff Juvia sustained damage to its property listed in the Property Coverage Schedule, including endorsements thereto, as a result of a water leak from a pipe. The property consists of a business/restaurant. Plaintiff Juvia promptly provided notice of the loss to Defendant Greenwich.

8. Plaintiff Juvia hired a professional to assist with evaluating the scope of damages and cost of repairs. In addition Defendant Greenwich sent inspectors to examine the loss at Plaintiff's property and after seeing the loss and damage, declined to pay the full value of the claim.

9. Defendant Greenwich has repeatedly failed and refused to fully compensate Plaintiff Juvia for its damages that are covered under the contract of insurance.

McLUSKEY, McDONALD & HUGHES, P.A.
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • EMAIL inquiry@mmlawmiami.com

*Complaint and Request for Jury Trial*

10. The damage to Plaintiff's property was caused by water and is covered under the terms and conditions of the insurance policy issued to it by Defendant Greenwich.

11. Defendant Greenwich has failed and/or refused to pay the full value of the covered claim.

12. All conditions precedent to bringing this action and to recover under the aforementioned policy have been performed by Plaintiff Juvia or have otherwise been waived by Defendant Greenwich.

13. As a further direct and proximate cause of Defendant's conduct, Plaintiff Juvia has been obligated to retain the undersigned counsel to bring this action and has agreed to pay the undersigned counsel a reasonable fee for services rendered. Pursuant to Florida Statute § 627.428 and others, Plaintiff Juvia is entitled to recover said attorneys' fees and costs from Defendant Greenwich.

## COUNT I - BREACH OF CONTRACT

Plaintiff Juvia restates, realleges and adopts the allegations set forth in paragraphs 1 through 13 above as if fully restated herein and further alleges as follows:

14. Despite the clear obligation to pay Plaintiff Juvia for the entirety of its losses due to the water and resulting damage to its property, Defendant Greenwich has failed to pay Plaintiff Juvia for its losses covered under the policy of insurance herein, and/or refuses to make said payments, and thus Defendant Greenwich is in breach of the policy of insurance.

-3-

*Complaint and Request for Jury Trial*

15. As a further direct and proximate cause of Defendant's conduct, Plaintiff Juvia has been obligated to retain the undersigned counsel to bring this action and has agreed to pay the undersigned counsel a reasonable fee for services. Pursuant to Florida Statute § 627.428 and others, Plaintiff Juvia is entitled to recover said attorneys' fees and costs from Defendant Greenwich.

WHEREFORE, Plaintiff Juvia demands judgment for damages, including but not limited to property damages, attorneys' fees, costs and prejudgment interest against Defendant Greenwich.

## REQUEST FOR JURY TRIAL

Plaintiff Juvia hereby requests a trial by jury of all issues so triable as a matter of right.

Respectfully submitted on July 31, 2018.

/s/ John W. McLuskey
John W. McLuskey, Esquire
eservice@mmlawmiami.com
jmcl@mmlawmiami.com
asantamaria@mmlawmiami.com
Florida Bar No. 0181099
McLUSKEY, McDONALD & HUGHES, P.A.
Attorneys for Plaintiff
The Barrister Building
8821 S.W. 69th Court
Miami, FL   33156
305-670-2020 Telephone
305-662-6164 Fax

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 2018-025920 CA 01

1111 ROOFTOP, LLC DBA JUVIA,

    Plaintiff,

v.

GREENWICH INSURANCE COMPANY,

    Defendant.

_____/

**PLAINTIFFS' NOTICE OF FIRST SET OF INTERROGATORIES TO DEFENDANT**

    Plaintiffs, 1111 ROOFTOP, LLC DBA JUVIA, propounds the attached Interrogatories to Defendant, GREENWICH INSURANCE COMPANY, to be answered on or before the 45th day after service of the Summons and Complaint, in accordance with the Florida Rules of Civil Procedure.  An executed copy of this certificate is being filed with the Court as provided by the Florida Rules of Civil Procedure.

    WE HEREBY CERTIFY that a true and correct copy of the foregoing was served along with the Complaint and Summons.

/s/ John W. McLuskey
John W. McLuskey, Esquire
eservice@mmlawmiami.com
jmcl@mmlawmiami.com
asantamaria@mmlawmiami.com
Florida Bar No. 0181099
McLUSKEY, McDONALD & HUGHES, P.A.
Attorneys for Plaintiffs
The Barrister Building
8821 S.W. 69th Court
Miami, FL   33156
(305) 670-2020 Telephone
(305) 662-6164 Fax

- 2 -

**FIRST SET OF INTERROGATORIES TO DEFENDANT**

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's position or relationship with the party to whom the Interrogatories are directed?

2. State the facts upon which you based the failure of Defendant to pay the entirety of Plaintiffs' claim.

3. State the facts upon which you rely for each affirmative defense in your answer.

- 3 -

4.	State the names, addresses and telephone numbers of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject about which the witness has knowledge.

5.	List the names, employers, residence and business addresses and telephone numbers, dates of birth and social security numbers of all persons who were interviewed, or from whom oral or written statements were taken, by you, your employees, agents, investigators or field adjusters in connection with the investigation of Plaintiffs' claim.

6.	Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

7. State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photographs pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepare it, and the date it was taken or prepared.

8. Do you intend to call any expert witness at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness' qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds of each opinion.

9. Identify any and all employees, adjusters and/or agents of Defendant who were involved in the handling, processing and/or decision not to fully pay Plaintiffs' claim, and for each person so identified please describe their position with the company, their business address, the time frame they were involved in the processing of the claim, and the actions taken by such individual with respect to the claim.

10. Please describe each document upon which you rely for your failure or refusal to fully adjust, investigate and/or issue payment for any part of the claim presented against the insurance policy at issue in this lawsuit and arising from the incident described in the Complaint for this matter with sufficient particularity to allow their description in a Request for Production.

11. Please describe all facts and circumstances giving rise to your position regarding the refusal to make full payment regarding the claim at issue in the Complaint.

12. Please identify all written policies, manuals or written communications setting forth company practices, procedures, or policies regarding the handling of claims regarding your insurance policies, such as the one at issue.  Please identify all documents with sufficient particularity to enable the Plaintiffs to propound a Request for Production accordingly.

13. Please provide the name, address, experience, training and educational background of each person who investigated, evaluated, managed, reviewed or otherwise handled the subject claim, or rendered any written or oral report regarding the claim.

14. If the claim was reviewed by the regional and/or home office, identify each person in that office who reviewed the file, that person's supervisor, and all writings or other evidence of communication to and from that office regarding the handling of the claim.

15. Please provide a detailed explanation as to all premium payments made by Plaintiffs to Defendant (whether by cash, check, electronic transfer or otherwise) and premium refunds or credits issued by you to Plaintiffs for the insurance policy at issue, providing the date and the dollar amount.

- 7 -

16. Please provide the names and all known contact information regarding any person or entity that performed an inspection at the premises and the date if said inspection.

_____

STATE OF FLORIDA ) 
  ) SS: 
COUNTY OF ) 

The foregoing instrument was acknowledged before me this _____ day of _____, 2018, by _____, who is personally known to me or who has produced _____ as identification.

_____ 
NOTARY PUBLIC

IN THE CIRCUIT COURT OF THE 11^(TH) JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 2018-025920 CA 01

1111 ROOFTOP, LLC DBA JUVIA,

    Plaintiff,

v.

GREENWICH INSURANCE COMPANY,

    Defendant.

_____/

**FIRST REQUEST FOR PRODUCTION TO DEFENDANT**

Plaintiffs, 1111 ROOFTOP, LLC DBA JUVIA, pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, requests the Defendant, GREENWICH INSURANCE COMPANY, to produce and permit the inspection and copying of the following documents, writings, and other data, at the offices of the attorneys for the Plaintiffs:

    1.    A certified copy of the policy identified in the Complaint and issued to Plaintiffs.

    2.    A copy of all statements, in whatever form, taken from the Plaintiffs or their agents/representatives.

    3.    A copy of all statements, in whatever form, taken from third parties relating to the subject loss.

    4.    A copy of the complete claim files pertaining to the subject loss, including home office, regional and field adjuster files, pertaining to the Plaintiffs' claim, excluding

-1-

First Request for Production to Defendant

privileged matters; please provide a Privilege Log for all matters as to which privilege is asserted.

     5.     All photographs or videotapes of the subject premises.

     6.     A copy of the underwriting file for the Policy identified in the Complaint and any predecessor policies.

     7.     All estimates relating to the cost to repair the damages of the Plaintiffs' residence.

     8.     Any documents in whatever form which Defendant plans to utilize at trial in this case.

     9.     Any document, photograph or videotape in the Defendant's possession generated prior to the date of loss which depicts or references the condition of the subject property prior to the date of loss.

     10.     Application for the subject insurance policy.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on the Defendant, along with the Summons and Complaint.

          /s/ John W. McLuskey
          John W. McLuskey, Esquire
          eservice@mmlawmiami.com
          jmcl@mmlawmiami.com
          asantamaria@mmlawmiami.com
          Florida Bar No. 0181099
          McLUSKEY, McDONALD & HUGHES, P.A.
          Attorneys for Plaintiffs
          The Barrister Building
          8821 S.W. 69th Court
          Miami, FL   33156
          305-670-2020 Tele/305-662-6164 Fax

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 2018-025920 CA 01

1111 ROOFTOP, LLC DBA JUVIA,

    Plaintiff,

v.

GREENWICH INSURANCE COMPANY,

    Defendant.

_____/

## PLAINTIFFS' NOTICE OF COMPLIANCE WITH RULE 2.516(b)(1) AND DESIGNATION OF EMAIL ADDRESSES

Plaintiffs, 1111 ROOFTOP, LLC DBA JUVIA, by and through undersigned counsel, files this Notice of Compliance with Florida Rule of Judicial Administration 2.516(b)(1) and Designation of Email Addresses (effective September 1, 2012), and designates the following email addresses:

| | | |
|---|---|---|
| Primary: | McLuskey, McDonald & Hughes, P.A. | eservice@mmlawmiami.com |
| Secondary: | John W. McLuskey, Esquire | jmcl@mmlawmiami.com |
| Secondary: | Alicia Santa Maria | asantamaria@mmlawmiami.com |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on the Defendant, along with the Summons and Complaint.

/s/ John W. McLuskey
John W. McLuskey, Esquire
eservice@mmlawmiami.com
jmcl@mmlawmiami.com
asantamaria@mmlawmiami.com
Florida Bar No. 331171
McLUSKEY, McDONALD & HUGHES, P.A.
Attorneys for Plaintiffs
The Barrister Building
8821 S.W. 69th Court
Miami, FL 33156
(305) 670-2020 Telephone
(305) 662-6164 Fax

- 1 -