# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128–7716
(305)523–5100

Date: March 3, 2020

**Attn: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

RE:  District Court Case No.: 1:19–cv–22432–KMW

State Court Case No.: 18–025920 CA 01

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to

to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed

copy of this letter.

Angela E. Noble, Clerk of Court

By  /s/ *Ketly Pierre*
Deputy Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**  
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09  
Miami, Florida 33128–7716  
(305)523–5100

Date: March 3, 2020

**Attn: Civil Correspondence Clerk**  
Clerk of Circuit and County Courts  
138 Dade County Courthouse  
73 West Flagler Street  
Miami, FL 33130

RE:  District Court Case No.: 1:19–cv–22432–KMW

State Court Case No.: 18–025920 CA 01

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed

to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed

copy of this letter.

**Clerk's Acknowledgment of Receipt**  
The undersigned hereby ackonwledges receipt of the

District Court's certified copy of the Order of Remand.

By:_____  
     Deputy Clerk

On:_____

Angela E. Noble, Clerk of Court

By  _/s/ *Ketly Pierre*_  
Deputy Clerk